Date: February 24, 2015

80,188-02,03

## NOTICE OF SERVICE

MOTION DISMISSED
DATE: 3-17-15
BY: P.C.

Dear Abel Acosta Clerk,

Enclosed is the original copies of Appellant, Kevery Raynard Wilson, motion for To suspension Rule 2 on number of copies required, pursuant to Texas Rule of Appellate Procedure Rules 9.3(b) and 9.3(a)(1)(A) and also motion for Leave to File-writ of habeas corpus. Please file these Motion's and bring it to the attention of THE COURT OF CRIMINAL APPEALS. Please serve copy of these Motion's to the attorney respresenting the State's, Please also return a copy of this cover letter to me at the below address once it has been received, filed and notice served upon the Court.

Your assistance in this matter is greatly appreciated.

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAR 03 2015
Abel Acosta, Clerk

Respectfully Submitted,

Mr. Kevery Raynard Wilson
[PRO-SE]

Kevery Raynard Wilson
T.D.C.J.-ID/No. 1861345
Bill Clements Unit
9601 Spur 591
Amarillo, TX. 79107-9606

## MOTION TO SUSPENSION RULE 2

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

Now comes Appellant Kevery Raynard Wilson, ProSe, respectfully submits this motion to suspension of Rule 2. FOR good cause suspend the rule on number of copies required, pursuant to TEXAS RULE OF Appellate Procedure Rule [Tex. R. App. P. 9.3 (b)] and also Rule [Tex. R. App. Page 9.3 (a) (1) (A)]. Appellant would respectfully show this HONORABLE COURT OF CRIMINAL APPEALS the following:

### I.

Appellant Kevery Raynard Wilson, is respectfully Asking the HONORABLE COURT OF CRIMINAL APPEALS, to suspend the Rule 2 on number of copies pursuant to TEXAS RULE OF APPELLATE PROCEDURE RULES 9.3 (b) and also 9.3 (a) (1) (A), because he's incarerated in the Texas Department of Criminal Justice Institutional Division, and he's unable to have access to a copy machine. Appellant is also indigent and he can not comply with Rule 2 on number of copies, pursuant to Texas Rules of Appellate Procedure Rules 9.3 (b) and 9.3 (a) (1) (A), because he does not have access to ways to make copy of motions.

### PRAYER

Wherefore Promises Considered Appellant prays that this HONORABLE COURT OF CRIMINAL APPEALS, grant this motion to Suspension of Rule 2, on number of copies, pursuant to Texas Rules of Appellate Procedure Rules 9.3 (b) and 9.3 (a) (1) (A).

Respectfully submitted,

Mr. Kevery Raynard Wilson
KEVERY RAYNARD Wilson
T.D.C.J. # 1861345
Bill Clement Unit 9601 Spur 591
Amarillo, Texas 79107-9606

## CERTIFICATE OF SERVICE

I, KEVERY RAYNARD WILSON, do hereby certify that a true and correct copy of the above foregoing Appellant's Motion to Suspension Rule 2, Pursuant to Texas Rule of Appellate Procedure Rules 9.3(b) and 9.3(a)(1)(A), has been forwarded by U.S. mail postage prepaid, First Class to Abel, Acosta Clerk, Court of Criminal Appeals of Texas, P.O. Box 12308, Capital Station, Austin, Tx. 78711 on this 24 day of February, 2015.

C.C: File

Mr. Kevery Raynard Wilson
[Appellant Pro-Se]
T.D.C.J. #1861345

## UNSWORN DECLARATION

I, Kevery Raynard Wilson, T.D.C.J.-I.D. No. #1861345, being presently incarcerated in the William P. Clements Unit of the Texas Department of Criminal Justice Institutional Division, declare under the penalty of perjury that according to the foregoing information and allegations to the motion to Suspension Rule 2 pursuant to Texas Rule of Appellate Procedure Rule's 9.3(b) and 9.3(a)(1)(A) are true and correct.

Respectfully Submitted,

Mr. Kevery Raynard Wilson
PRO-SE.

Kevery Raynard Wilson
T.D.C.D.-I.D. No# 1861345
Bill Clements Unit
9601 Spur 591
Amarillo, TX. 79107-9606

pg. 2 of 2

Nos: 114-0164-13-A and 114-0165-13-A

Ex PARTE

KEVERY RAYNARD WILSON ) IN THE COURT OF CRIMINAL
[Applicant] )
) APPEALS OF THE STATE OF
)
) TEXAS

TO THE HONORABLE JUDGES OF THE COURTS OF CRIMINAL APPEALS:

Come now Kevery Raynard Wilson, applicant in the above-entitled and numbered causes, and respectfully moves this Court pursuant to Texas Rule of Appellate Procedure 72.1 to grant leave to file the accompanying original petitions for writ of habeas corpus, filed with Smith County District Clerk office on January 29, 2015.

Respectfully submitted,

Mr. Kevery Raynard Wilson

KEVERY RAYNARD WILSON
T.D.C.J. # 1861345
Bill Clements Unit
9601 Spur 591
Amarillo, Tx. 79107-9606
[Pro-Se]